July 30, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

BRIAN P. MIN, FEDERAL OFFSHORE, INC., AND MIN
TRANSCONTINENTAL, INC., Appellants

NO. 14-14-00270-CV                              V.

H & S CRANE SALES, INC., Appellee

_____

This cause, an appeal from an order on remand in favor of appellee, H & S Crane Sales, Inc., signed February 17, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the order on remand. We order the order on remand signed by the court below **AFFIRMED**.

We order appellants, Brian P. Min, Federal Offshore, Inc., and Min Transcontinental, Inc., jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.